364 A.2d 349
## COMMONWEALTH of Pennsylvania
### v.
### Charles HUEY, Appellant.

Superior Court of Pennsylvania.

Submitted April 12, 1976.

Decided Oct. 18, 1976.

John F. Wagner, Jr., Asst. Public Defender, Uniontown, for appellant.

Conrad B. Capuzzi, Dist. Atty., Uniontown, for appellee.

Before WATKINS, President Judge and JACOBS, HOFFMAN, CERCONE, PRICE, VAN der VOORT and SPAETH, JJ.

PER CURIAM.

Judgment of sentence affirmed.